# Court of Appeals
# of the State of Georgia

ATLANTA,    August 23, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1538.  MATHIS v. DEKALB COUNTY et al.**

On February 21, 2012, this Court granted Tony Mathis's application for discretionary appeal. Having reviewed the parties' briefs and the record, we now DISMISS this appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 08/23/2012
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*